RANDALL S. FARRIMOND (CSB No. 95281)
E-mail: rfarrimond@farrimondlaw.com
FARRIMOND LAW OFFICES
a Professional Corporation
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 362-4900
Facsimile: (415) 362-4901

DAVID C. DEAL (Virginia SB No. 86005)
Email: david@daviddeal.com
THE LAW OFFICE OF DAVID C. DEAL, P.L.C.
117 4th Street NE
Charlottesville, Virginia 22902
Telephone: (434) 261-2704
*pro hac vice application forthcoming*

Attorneys for Plaintiff
SHAY BLECHYNDEN

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAY BLECHYNDEN, <br><br> Plaintiff, <br><br> vs. <br><br> SUSAN SPATH HEGEDUS, INC., <br><br> Defendant. | Case No.: **'24CV0579 MMA KSC** <br><br> **DEMAND FOR JURY TRIAL** <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND (INJUNCTIVE RELIEF DEMANDED)** |

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, SHAY BLECHYNDEN ("Blechynden" or "Plaintiff"), brings this complaint in the United States District Court for the Southern District of California against SUSAN SPATH HEGEDUS, INC. ("Spath" or "Defendant"), alleging as follows:

PARTIES

1.  Plaintiff is an experienced commercial photographer of many years, specializing in real estate photography. Plaintiff resides in Escondido, California.

2.  On information and belief, Defendant is an Incorporated Company existing under the laws of the State of California. Defendant owns, operates, and is solely responsible for the content on its commercial website, www.kerncodesigns.com. Defendant advertises its services in Luxe magazine.

JURISDICTION AND VENUE

3.  This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4.  This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5.  This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b), because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district,

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

6. Defendant is subject to personal jurisdiction in California.

7. This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

<u>FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS</u>

8. On June 1, 2021, Plaintiff captured the photographs, "Web5801-1," "Web5801-3," "Web5801-4," "Web5801-5," "Web5801-6," "Web5801-11," "Web5801-12," "Web5801-13," "Web5801-14," "Web5801-15," "Web5801-16," "Web5801-17," "Web5801-18," "Web5801-19," "Web5801-21," "Web5801-22," "Web5801-24," "Web5801-25," "Web5801-26," "Web5801-27," "Web5801-28," "Web5801-29," "Web5801-30," "Web5801-31," "Web5801-32," "Web5801-34," "Web5801-36," "Web5801-38," "Web5801-39," "Web5801-47," "Web5801-48," "Web5801-51," "Web5801-54," "Web5801-57," "Web5801-61," "Web5801-62," "Web5801-63," "Web5801-64," "Web5801-65," "Web7097B-5," "Web7097B-12," "Web7097B-16," "Web7097B-18," "Web7097B-19," "Web7097B-21," "Web7097B-22," "Web7097B-23," "Web7097B-24," "Web7097B-25," "Web7097T-1," "Web7097T-4," "Web7097T-9," "Web7097T-12," "Web7097T-16," "Web7097T-22." ("Copyrighted Photographs"). [**Exhibit 1**].

9. Plaintiff posted Copyrighted Photographs to www.shayrep.com (Last visited September 14, 2022). [**Exhibit 2**].

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

10. Beginning January 2022, Defendant copied and posted Copyrighted Photographs to the Defendant's commercial website, www.kerncodesigns.com (Last visited May 5, 2022).

11. Defendant posted Copyrighted Photographs to the following URLs: [**Exhibit 3**].

- www.kerncodesigns.com (Last visited May 5, 2022).

- https://kerncodesigns.com/news (Last visited May 5, 2022).

- https://kerncodesigns.com/importance-of-home-garden-design/ (Last visited May 5, 2022).

- https://kerncodesigns.com/news/the-importance-of-an-architectural-designer/ (Last visited May 5, 2022).

- https://kerncodesigns.com/news/modern-interior-design/ (Last visited May 5, 2022).

- https://kerncodesigns.com/springtime-outdoor-decorating-and-design-ideas/ (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-1 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-29 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-26 (Last visited May 5, 2022).

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-47 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-48 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-49 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-3 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-30 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-31 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-33 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-32 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-42 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-41 (Last visited May 5, 2022).

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-10 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-36 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-39 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-9 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-6 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-2 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-8 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-27  (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-5 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/modern-california-luxury-home-design/#images-26  (Last visited May 5, 2022).

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

- https://kerncodesigns.com/showcase-home/#images-43 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-45 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-44 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-56 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-50 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-53 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-38 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-58 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-59 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-28 (Last visited May 5, 2022).

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

- https://kerncodesigns.com/showcase-home/#images-55 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-54 (Last visited May 5, 2022).

- https://kerncodesigns.com/showcase-home/#images-51 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-13 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-11 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-18 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-15 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-16 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-14 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-3 (Last visited May 5, 2022).

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

- https://kerncodesigns.com/portfolio/living-beautifully/#images-20 (Last visited May 5, 2022).

- https://kerncodesigns.com/portfolio/living-beautifully/#images-19 (Last visited May 5, 2022).

12. On or around March 2022, Defendant submitted Copyrighted Photographs to Luxe: Interiors + Design, Southern California magazine, which appeared in the March/April 2022, May/June 2022, July/August 2022 issues of the magazine. [**Exhibit 4**].

13. Plaintiff registered Copyrighted Photographs with the United States Copyright Office on September 5, 2021 (Registration No.: VA 2-268-421), August 3, 2022 (Registration No.: VA 2-316-505), and November 15, 2020 (Registration No.: VA 2-234-798).

14. Plaintiff discovered the above-described infringements no earlier than April 2022.

15. Defendant copied and posted Copyright Photographs without license or permission of Plaintiff.

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

16. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

17. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

Photographs, which is the subject of a valid and complete Certificate of Copyright Registration by the Register of Copyrights.

18. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photographs to the public.

19. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, copied and used Copyrighted Photographs on Defendant's commercial website, www.kerncodesigns.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

20. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

21. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual or statutory damages, including any profits realized by Defendant attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendant's infringement of Copyrighted Photographs.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photographs without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by its infringement of Plaintiff's copyright or such damages as are proper;

D. Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E. Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. § 504-5, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F. Awarding Plaintiff such other and further relief as is just and proper.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

Dated: March 25, 2024     FARRIMOND LAW OFFICES,
             a Professional Corporation

             */s/ Randall S. Farrimond*
             RANDALL S. FARRIMOND
             Attorneys for Plaintiff
             SHAY BLECHYNDEN

<div align="center">-and-</div>

Dated: March 25, 2024     THE LAW OFFICE OF DAVID C.
             DEAL, P.L.C.

             */s/ David C. Deal*
             DAVID C. DEAL
             Attorneys for Plaintiff
             SHAY BLECHYNDEN

             *pro hac vice application forthcoming*

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

1

## <u>DEMAND FOR JURY TRIAL</u>

2

3

Plaintiff hereby demands a trial by jury on all claims for which there is a right

4

to jury trial.

5

Dated: March 25, 2024                    FARRIMOND LAW OFFICES,

6

a Professional Corporation

7

/s/ Randall S. Farrimond

8

RANDALL S. FARRIMOND

Attorneys for Plaintiff

9

SHAY BLECHYNDEN

10

11

-and-

12

Dated: March 25, 2024                    THE LAW OFFICE OF

13

DAVID C. DEAL, P.L.C.

14

15

/s/ David C. Deal

DAVID C. DEAL

16

Attorneys for Plaintiff

SHAY BLECHYNDEN

17

*pro hac vice application forthcoming*

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatory.

Dated: March 26, 2024

/s/ *Randall S. Farrimond*
RANDALL S. FARRIMOND

ATTESTATION OF SIGNATURE   No.

# EXHIBIT 1















































































































# EXHIBIT 2







# EXHIBIT 3









February 20, 2022

## Important Elements of a Good Architectural Designer

The first step in any project is to take into account the architectural design. Whether you are doing a remodel or a new build, you must first analyze the space or structure. The architectural design focuses on the elements, components, and space of a structure. This first phase in the design process is so important and should not be skipped as it will alter the everyday function of the structure.



### SPACE

Think of your home's floor plan, does the home flow nicely or is it lived out in a cluttered way. A good architectural

















































ROOM OF THE WEEK: FUNCTIONAL FAMILY ROOM

DECORATING WITH CUSTOM ARTWORK: ART AND INTERIOR DESIGN

SPRINGTIME LIFESTYLE AND OUTDOOR LIVING



Read More

Read More

Read More



LUXURY MOTHER'S DAY HOME DÉCOR GIFTS & IDEAS

SELECTING LUXURY INTERIOR SLABS AND TILES

THE IMPORTANCE OF HOME GARDEN DESIGN



Read More

Read More

Read More















HOME GARDEN ENVIRONMENTAL BENEFITS



About    Services    Brands    Portfolio    Showrooms    Media    Contact

Read More







TUSCAN HOME REFRESH

LUXURY WINDOW TREATMENTS

BUILDING YOUR CUSTOM DREAM HOME















## The Spring Lifestyle





benefits that come with it, as well as how gorgeous a home garden is to gaze upon.

### HOME GARDEN HEALTH BENEFITS

Home gardens offer a relaxing, calming space to unwind giving your mind a much needed reprieve from the busy lifestyle of today. Being surrounded by beautiful plants and herbs, instantly put you in a relaxing mood. Gardens have been used for many years as a holistic approach to alleviating stress and clearing the mind while making room for more positive thoughts. Gardens are not only great for balancing mental health but also physical health and overall wellbeing. Gardening requires a bit of exercise and in doing so it is sure to have a meaningful impact on your life. Gardening is very therapeutic as well as rewarding. Watch your hard work and dedication grow right before your eyes seeing the day-to-day changes from seedlings into mature plants.

# EXHIBIT 4









Not secure | ranchandcoast.uberflip.com/i/1422755-november-2021/51?m4=

RANCH&COAST

## Susan Spath Interior Design

**Susan Spath Kern & Co.**
130 S. Cedros, Ste. 100
Solana Beach
858.259.7722
@kerncodesigns
kerncodesigns.com

Susan Spath, president of Kern & Co., sits as one of San Diego's foremost interior designers and lifestyle professionals. Her love for fine and beautiful design shows wonderfully in her work. Spath's timeless designs entice clients from all over the world. Unmatched attention to detail is evident in her projects and sought after by all who love their homes and desire exceptional living. With each individual lifestyle at the forefront of every design, Spath creates a home tailored to the unique lives of her clients. Susan Spath's designer showcase home shown above features a California modern style with a European twist. This home brings the luxurious California lifestyle to life.

## Kern & Co. Where Interiors Meet Design

Interior Designer Susan Spath and her team have an instinct ability to create timeless interiors that transcend trends and are tailored to the unique lives of her clients. Susan offers a distinctive brand of luxurious living, bringing her creative touch to projects incorporating architectural planning, thoughtful bespoke cabinetry, and personalized interior design to deliver on the promise of a California Luxury Lifestyle.









## Kern & Co. Where Interiors Meet Design

Interior Designer Susan Spath and her team have an instinct ability to create timeless interiors that transcend trends and are tailored to the unique lives of her clients. Susan offers a distinctive brand of luxurious living, bringing her creative touch to projects incorporating architectural planning, thoughtful bespoke cabinetry, and personalized interior design to deliver on the promise of a California Luxury Lifestyle.

